UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



12 JAN 25 AM 9:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOSE ALFREDO RAY-DIAZ (1),<br><br>                  Defendant. | CASE NO. 11CR5540-JM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense as charged in the Information:

    21:952 and 960 - Importation of Cocaine

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 20, 2012

                                            Jeffrey T. Miller
                                            U.S. District Judge